DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DUSTIN PARRISH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2539

————————————————

April 12, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County, Laura Ward, Judge.

Dustin Parrish, pro se.

PER CURIAM.

Affirmed.

LaROSE, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.